UNITED STATES DISTRICT COURT
STATE OF OREGON
MEDFORD DIVISION

| | |
|---|---|
| UNITED STATES FOR THE USE AND BENEFIT OF TOP ROCK CONSTRUCTION, INC., an Oregon Corporation,<br><br>Plaintiff,<br>v.<br><br>KEVCON, INC., a California Corporation and SAFECO INSURANCE COMPANY OF AMERICA AND LIBERTY MUTUAL GROUP, INC.<br><br>Defendants. | Case No.<br><br>**COMPLAINT FOR RECOVERY UNDER THE MILLER ACT PAYMENT BOND (40 U.S.C. § 3133)**<br><br>**DEMAND FOR JURY TRIAL** |

### JURISDICTION

1. This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1331 and the provisions of the Miller Act, 40 U.S.C. § 3133(b)(3)(B).

### VENUE

2. The contract at issue was to be performed and executed in Jackson County, Oregon in about the Eagle Point National Cemetery. Venue therefore lies in the United States District Court for the District of Oregon pursuant to 40

Page 1 -   COMPLAINT FOR RECOVERY UNDER THE MILLER ACT PAYMENT BOND (40 U.S.C. § 3133)

LAW OFFICES OF EDWARD H. TALMADGE, P.C.
145 S. HOLLY STREET, SUITE B
MEDFORD, OR 97501
(541) 500-8082
(541) 500-8083 - FAX

U.S.C. § 3133(b)(3)(B) and 28 U.S.C. § 1391(b)(2).

3. Furthermore, pursuant to local rule, the appropriate location within the District of Oregon for this action to be handled and tried is the Medford Division of the District of Oregon.

## PARTIES

4. Plaintiff, Top Rock Construction, Inc., is an Oregon corporation organized and existing under the laws of the State of Oregon with its principal place of business in Eagle Point, Oregon and is a licensed contractor under the laws of the State of Oregon.

5. Defendant, Kevcon, Inc., is a California corporation organized and existing under the laws of the State of California.

6. Defendant, Safeco Insurance of America is a Washington corporation organized and existing under the laws of the State of Washington and authorized to do business within the State of Oregon.

7. Defendant, Liberty Mutual Group, Inc. is a Washington corporation organized and existing under the laws of the State of Washington and authorized to do business within the State of Oregon.

## STATEMENT OF FACTS

8. On or before December 5, 2011, Defendant, Kevcon, Inc., entered into a contract with the Department of Veterans Affairs to perform the

Page 2 -   COMPLAINT FOR RECOVERY UNDER THE MILLER ACT PAYMENT BOND (40 U.S.C. § 3133)

LAW OFFICES OF EDWARD H. TALMADGE, P.C.
145 S. HOLLY STREET, SUITE B
MEDFORD, OR  97501
(541) 500-8082
(541) 500-8083 - FAX

construction and related work and services on a project contract #VA786-A-12-C002 (hereinafter the "Kevcon Contract"). Subsequently, Kevcon, Inc., obtained a payment bond from either Safeco Insurance of America or Liberty Mutual Group, Inc., to insure performance and payment of its subcontractor. On or about March 24, 2012, Defendant, Kevcon, Inc., entered into a subcontract with Plaintiff, Top Rock Construction, Inc., to perform services on the project at the Eagle Point National Cemetery outside of Eagle Point, Oregon.

9. Kevcon, Inc., agreed to pay Top Rock Construction, Inc., for its work.

10. Kevcon, Inc., has failed to pay Top Rock Construction, Inc., for its work despite numerous demands and invoices sent to Kevcon, Inc.

11. There currently remains an outstanding balance of $171,315.61 owed by Kevcon, Inc.

12. More than 90 days has passed since Top Rock Construction, Inc., has worked on the project.

13. As a result of Kevcon Inc.'s, failure to pay, the Defendants are jointly and severally liable to Top Rock Construction, Inc., in the amount of $171,315.61.

14. Defendants, Liberty Mutual Group, Inc., and Safeco Insurance of America, are required to pay Top Rock Construction, Inc., pursuant to the Miller Act 40 U.S.C. § 3133.

15. Pursuant to the terms of the contract, Plaintiff, Top Rock

Page 3 -   COMPLAINT FOR RECOVERY UNDER THE MILLER ACT PAYMENT BOND (40 U.S.C. § 3133)

LAW OFFICES OF EDWARD H. TALMADGE, P.C.
145 S. HOLLY STREET, SUITE B
MEDFORD, OR 97501
(541) 500-8082
(541) 500-8083 - FAX

Construction, Inc., is entitled to the recovery of its attorneys' fees for the prosecution of this action.

16. To the extent allowed by law, Plaintiff demands a jury trial.

WHEREFORE, Plaintiff prays for the following:

A) Damages in the amount of $171,315.61 or an amount to be proven at trial.

B) Costs of the suit incurred herein.

C) Reasonable attorney fees incurred in the prosecution of this action.

D) Such other and further relief as the Court may deem just and proper.

DATED this 17 day of September, 2014

LAW OFFICE OF EDWARD H. TALMADGE, P.C.

*Edward Talmadge*
Edward H. Talmadge, OSB #014967
talmadgefirm@gmail.com

Page 4 -   COMPLAINT FOR RECOVERY UNDER THE MILLER ACT PAYMENT BOND (40 U.S.C. § 3133)

LAW OFFICES OF EDWARD H. TALMADGE, P.C.
145 S. HOLLY STREET, SUITE B
MEDFORD, OR 97501
(541) 500-8082
(541) 500-8083 - FAX